UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alissa Melendez Vega, | Case No. 25-CV-2060 (JMB/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| L.S. Davis, Acting Warden, FCI Waseca, | |
| Respondent. | |

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Shannon G. Elkins dated December 22, 2025. (Doc. No. 13.) The R&R recommends that the Court summarily dismiss this action as moot. (*Id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 13) is ADOPTED; and

2. The action is DISMISSED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 6, 2026                   /s/ *Jeffrey M. Bryan*
                                          Judge Jeffrey M. Bryan
                                          United States District Court